1
2
3
4
5
6
7
8
9
10
11
12                              UNITED STATES DISTRICT COURT
13                              NORTHERN DISTRICT OF CALIFORNIA
14

15 | MOLLY BROWN, PARSA MILLER, and          Case No.   4:21-cv-05132-HSG
   | LAUREN MORGAN as individuals, on behalf of
16 | themselves, the general public and others similarly   **ORDER GRANTING STIPULATION**
   | situated,                                **EXTENDING TIME TO RESPOND**
17 |                                          **TO COMPLAINT AND SETTING**
   |                Plaintiff,                **BRIEFING SCHEDULE (as modified)**
18 |
   |       v.                                 **District Judge Haywood S. Gilliam, Jr.**
19 |
   | NATURE'S PATH FOODS, INC.,               Complaint Filed: July 2, 2021
20 |
   |                Defendant.                Trial Date: Not Set Yet
21
22
23
24
25
26
27
28

1  The Court, having considered the parties' Stipulation Extending Defendant's Time to
2  Respond to Complaint and Setting Briefing Schedule, and good cause appearing, hereby
3  **GRANTS** the Stipulation and **ORDERS** that Defendant will answer or otherwise response to the
4  Complaint on or before August 27, 2021.
5  If Defendant files a motion to dismiss in response to the Complaint, Plaintiffs' opposition
6  to that motion will be due on September 17, 2021; Defendant's reply in support of that motion
7  will be due on October 7, 2021; and the hearing on Defendant's motion to dismiss will be on
8  October 28, 2021 at 2:00 p.m. PT.  The case management conference previously set for October
9  12, 2021, is continued to  October 28, 2021 at 2:00 p.m. to be heard along with the motion.
10  **IT IS SO ORDERED.**
11  Dated:   7/27/2021
12  :                           The Honorable Haywood S. Gilliam, Jr.
13                              United States District Judge