Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER and LAUREN MORGAN as individuals, on behalf of themselves, the general public and those similarly situated,<br>                     Plaintiff(s),<br>     v.<br>NATURE'S PATH FOODS, INC.<br>                    Defendant(s). | Case No: 4:21-cv-05132-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, **Kali Backer**, an active member in good standing of the bar of **Colorado**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs** in the above-entitled action. My local co-counsel in this case is **Marie A. McCrary**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4450 Arapahoe Ave., Suite 100<br>Boulder, Colorado 80303 | 100 Pine Street, Suite 1250<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (415)639-9090 | (415)639-9090 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kali@gutridesafier.com | marie@gutridesafier.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **45436**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 14, 2021

                                                                                    Kali Backer
                                                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Kali Backer** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/14/2021

*/s/ Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                           *October 2012*



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__ , Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Kali Backer**

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**15th**__ day of __**November**__ A.D. __**2012**__ and that at the date hereof the said __**Kali Backer**__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**1st**__ day of __**July**__ A.D. __**2021**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk