Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MOLLY BROWN, et al., )
)   Case No: 4:21-cv-05132-HSG
)
                              Plaintiff(s), )
)   **APPLICATION FOR**
            v. )   **ADMISSION OF ATTORNEY**
)   **PRO HAC VICE ; ORDER**
NATURE'S PATH FOODS, INC. )   (CIVIL LOCAL RULE 11-3)
)
                              Defendant(s). )
_____ )

I, Matthew Thomas McCrary, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Seth A. Safier, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4450 Arapahoe Ave., Suite 100<br>Boulder, CO 80303 | Gutride Safier LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(214) 502-2171 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 639-9090 |
| MY EMAIL ADDRESS OF RECORD:<br>matt@gutridesafier.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>seth@gutridesafier.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 53567.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/21/21

Matthew Thomas McCrary
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew Thomas McCrary is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/25/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE   *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, Cheryl Stevens, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

### Matthew Thomas McCrary

has been duly licensed and admitted to practice as an

# Attorney And Counselor At Law

within this State; and that their name appears on the Roll of Attorneys and Counselors at Law in my office of date the **28th day of June A.D. 2019** and that at the date hereof the said **Matthew Thomas McCrary** is in good standing at this Bar.

**IN WITNESS WHEREOF,** *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

*18th day of February 2021*



*Cheryl Stevens*

Clerk

By

Deputy Clerk