1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MOLLY BROWN, PARSA MILLER, and LAUREN MORGAN as individuals, on behalf of themselves, the general public and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>Defendant. | Case No.   4:21-cv-05132-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |
|---|---|

ORDER
CASE NO. 4:21-cv-05132-HSG

**ORDER**

Before the Court is Defendant Nature's Path Foods Inc.'s Administrative Motion for Leave to File Notice of Supplemental Authority. Having considered the papers filed in support of, and in opposition to, the motion, and for good cause shown, IT IS HEREBY ORDERED THAT Defendant's Administrative Motion for Leave to File Notice of Supplemental Authority is **GRANTED**.

IT IS SO ORDERED.

DATED: 1/25/2022

                                        HON. HAYWOOD S. GILLIAM, JR.
                                        United States District Judge