CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
Lena Gankin (CA SBN 333047)
LGankin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NICOLE V. OZERAN (CASBN 302321)
NOzeran@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
NATURE'S PATH FOODS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER, and LAUREN MORGAN as individuals, on behalf of themselves, the general public and others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>            Defendant. | Case No.   4:21-cv-05132-HSG<br><br>**CLASS ACTION**<br><br>**DEFENDANT NATURE'S PATH FOODS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 7-3(D), Defendant Nature's Path Foods, Inc. ("Nature's Path") submits this Notice of Supplemental Authority in support of its Motion to Dismiss, filed on August 27, 2021 (ECF No. 18.).  Plaintiffs filed their Opposition on September 17, 2021 (ECF No. 23), and Nature's Path filed its Reply on October 7, 2021 (ECF No. 26.)  This Court granted Nature's Path's Administrative Motion for Leave to File this Notice of Supplemental Authority on January 25, 2022. (ECF No. 39.)

Nature's Path respectfully notifies the Court of recently-posted guidance from the Food & Drug Administration regarding methods for calculating protein content for front label claims.  On January 11, 2022, the FDA posted a web page titled "Industry Resources on the Changes to the Nutrition Facts Label."  The guidance explains that FDA regulations permit either the nitrogen method or the amino acid method for calculating protein content for front label claims.  A true and correct copy of the FDA's guidance is attached as **Exhibit A**[1].  The web page states:

> **Label Claims**
>
> **There are separate methods for determining the number of grams of protein in a serving for declaration on the Nutrition Facts label and for determining the percent Daily Value of protein for the Nutrition Facts label (21 CFR 101.9(c)(7)). Which method should be used when calculating protein values for use in protein nutrient content claims?**
>
> The regulation for nutrient content claims in 21 CFR 101.13(o) states that, except as provided in 21 CFR 101.10, compliance with requirements for nutrient content claims in this section and in the regulation in subpart D of this part, will be determined using the analytical methodology prescribed for determining compliance with nutrition labeling in 21 CFR 101.9.
>
> By design, 21 CFR 101.9(c)(7) specifically provides for two different methods for determining protein values. The regulation states, in 21 CFR 101.9(c)(7), that protein content may be calculated on the basis of the factor 6.25 times the nitrogen content of the food as determined by the appropriate method of analysis as given in the "Official Methods of Analysis of the AOAC International," except that when official AOAC procedures described in 21 CFR 101.9(c)(7) require a specific factor other than

---

[1] https://www.fda.gov/food/food-labeling-nutrition/industry-resources-changes-nutrition-facts-label#LabelClaims (noting that the content is current as of 01/11/22 and the "following are resources and the most frequently asked questions we have received via our inquiry form, and during presentations made to various stakeholder groups.").

NATURE'S PATH'S NOTICE OF SUPP. AUTHORITY
CASE NO. 4:21-CV-05132-HSG

6.25, that specific factor shall be used. Additionally, 21 CFR 101.9(c)(7)(ii) provides the method for determining protein content using the protein digestibility-corrected amino acid score for use in calculating the percent Daily Value.

Determination of compliance for protein nutrient content claims will be based on the use of the methods provided in 21 CFR 101.9(c)(7), including either of the methods mentioned above.

Dated:   January 25, 2022                    MORRISON & FOERSTER

By: /s/ Claudia Vetesi
CLAUDIA VETESI

Attorneys for Defendant
NATURE'S PATH FOODS, INC.