UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER, and LAUREN MORGAN as individuals, on behalf of themselves, the general public and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>Defendant. | Case No.   4:21-cv-05132-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

**ORDER**

Before the Court is Defendant Nature's Path Foods Inc.'s Administrative Motion for Leave to File Notice of Supplemental Authority. Having considered the papers filed in support of the motion, and for good cause shown, IT IS HEREBY ORDERED THAT Defendant's Administrative Motion for Leave to File Notice of Supplemental Authority is **GRANTED**.

IT IS SO ORDERED.

DATED: 2/11/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY
CASE NO. 4:21-CV-05132-HSG

1