1  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
2  Lena Gankin (CA SBN 333047)
   LGankin@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  NICOLE V. OZERAN (CASBN 302321)
   NOzeran@mofo.com
7  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
8  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
9  Facsimile: 213.892.5454

10 Attorneys for Defendant
   NATURE'S PATH FOODS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER, and LAUREN MORGAN as individuals, on behalf of themselves, the general public and others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>              Defendant. | Case No.   4:21-cv-05132-HSG<br><br>**CLASS ACTION**<br><br>**DEFENDANT NATURE'S PATH FOODS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7-3(D)** |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendant Nature's Path Foods, Inc. ("Nature's Path") respectfully requests leave to file a Notice of Supplemental Authority regarding an Order Granting Defendant's Motion to Dismiss with prejudice in another similar protein-labeling matter brought by Plaintiffs' counsel, *Chong et. al. v. KIND, LLC*, No. 21-cv-04528-RS (N.D. Cal. Feb. 15, 2022). Civil Local Rule 7-3(d) provides that the parties may not file a notice of supplemental authority after a reply is filed, without leave of the Court. Judge Seeborg's Order, attached hereto as **Exhibit A**, speaks to issues raised in Plaintiffs' Complaint (ECF No. 1) and Nature's Path's Motion to Dismiss (ECF No. 18).

On February 15, 2022, counsel for Nature's Path contacted counsel for Plaintiffs to obtain their position regarding this Administrative Motion for Leave to File Notice of Supplemental Authority. On February 17, 2022, Plaintiffs' counsel, Kali Backer, stated that Plaintiffs would not object to the instant motion.

Dated:   February 17, 2022                    MORRISON & FOERSTER

                                              By: *Claudia Vetesi*
                                                  CLAUDIA VETESI

                                              Attorneys for Defendant
                                              NATURE'S PATH FOODS, INC.