UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER, and LAUREN MORGAN as individuals, on behalf of themselves, the general public and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>Defendant. | Case No.   4:21-cv-05132-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE** |

The Court, having considered the parties' Joint Stipulation to Extend Briefing Schedule, and good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

Defendant's motion to dismiss the First Amended Complaint will be due on or before April 28, 2022;

Plaintiffs' opposition to that motion will be due on May 26, 2022;

Defendant's reply in support of that motion will be due on June 16, 2022; and,

The hearing on Defendant's motion to dismiss will be on August 25, 2022 at 2pm PT.

**IT IS SO ORDERED**.

Dated:  4/13/2022

The Honorable Haywood S. Gilliam, Jr.
United States District Judge