1

2

3

4

5

6

7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  MOLLY BROWN, PARSA MILLER, and              Case No.    4:21-cv-05132-HSG
    LAUREN MORGAN as individuals, on behalf
16  of themselves, the general public and others    **CLASS ACTION**
    similarly situated,
17                                                   **ORDER GRANTING JOINT**
                    Plaintiffs,                      **STIPULATION TO EXTEND**
18                                                   **BRIEFING SCHEDULE FOR**
            v.                                       **PLAINTIFFS' MOTION FOR**
19                                                   **LEAVE TO FILE SECOND**
    NATURE'S PATH FOODS, INC.,                       **AMENDED COMPLAINT**
20
                    Defendant.
21

22

23

24

25

26

27

28

1      The Court, having considered the parties' Joint Stipulation to Extend Briefing Schedule

2  for Plaintiffs' Motion for Leave to File Second Amended Complaint, and good cause appearing,

3  hereby **GRANTS** the Stipulation and **ORDERS** as follows:

4          • Defendant's Opposition to Plaintiffs' Motion for Leave to File Second Amended

5              Complaint is due on or before July 22, 2022;

6          • Plaintiffs' Reply in Support of their Motion for Leave to File Second Amended

7              Complaint is due on or before August 12, 2022;

8          • The hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint

9              remains December 1, 2022 at 2:00 pm PT.

10

11  **IT IS SO ORDERED**.

12

13  Dated:  7/5/2022

14                                                                  The Honorable Haywood S. Gilliam, Jr.
                                                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28