UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATURES PATH FOODS, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-05132-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 18, 2023. Having considered the parties' proposals, *see* Dkt. No. 93, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 2, 2023 |
| Deadline to File Motion for Class Certification and Opening Class Certification Expert Reports | February 1, 2024 |
| Deadline to File Opposition to Motion for Class Certification and Rebuttal Class Certification Expert Reports | April 11, 2024 |
| Deadline to File Reply in Support of Motion for Class Certification and to File Reply Expert Reports | May 23, 2024 |
| Class Certification Motion and *Daubert* Motion Hearing Deadline | June 13, 2024, at 2:00 p.m. |

//

//

Reply reports shall be limited to critiques of rebuttal class certification expert reports and shall not include new surveys or new affirmative evidence.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This order **TERMINATES** Dkt. No. 93.

**IT IS SO ORDERED.**

Dated: 5/1/2023

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge