**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER, LAUREN MORGAN, MICHAEL MCBRIDE, and KAARON WARREN as individuals, on behalf of themselves, the general public, and those similarly situated, | Case No. 4:21-cv-05132-HSG |
| Plaintiffs, | STIPULATION FOR ENTRY OF JUDGMENT |
| v. | |
| NATURE'S PATH FOODS, INC., | |
| Defendant. | |

1     Plaintiffs MOLLY BROWN, PARSA MILLER, LAUREN MORGAN, MICHAEL

2    MCBRIDE, and KAARON WARREN ("Plaintiffs") and NATURE'S PATH FOODS, INC.

3    ("Defendant") submit this Stipulation of Dismissal under Federal Rule of Civil Procedure Rule

4    68.  Plaintiffs and Defendant (collectively, the "Parties") hereby stipulate that judgment shall be

5    entered against Defendant for the amount of $1,000,000 to be allocated as set forth in the offer of

6    judgment, Dkt. No 121. Plaintiffs' portion of the judgment ($70,000) shall be paid within 10

7    days of entry of judgment, and Plaintiffs' Counsel's portion ($930,000) shall be paid within 30

8    days of entry of judgment. The Parties expressly deny any liability or wrongdoing and this stipu-

9    lation shall not be construed to be an admission of liability or wrongdoing. The Parties stipulate

10   that Plaintiffs' claims are dismissed with prejudice and without prejudice as to the claims of ab-

11   sent putative class members.

12        Dated:  November 3, 2023                    **GUTRIDE SAFIER LLP**

13                                                         /s/

14                                                    _____
                                                     Seth A. Safier, Esq.
15                                                   100 Pine Street, Suite 1250
                                                     San Francisco, California 94111

16                                                   Attorneys for Plaintiffs, MOLLY BROWN,
                                                     PARSA MILLER, LAUREN MORGAN,
17                                                   MICHAEL MCBRIDE, and KAARON
                                                     WARREN
18

19        Dated: November 3, 2023                    **MORRISON & FOERSTER LLP**

20                                                         /s/

21                                                   _____
                                                     Claudia Vestesi, Esq.
22                                                   425 Market St.
                                                     San Francisco, CA 94105
23                                                   Attorneys for Defendant,
                                                     NATURE'S PATH FOODS, INC.

24

25

26

27

28