**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, PARSA MILLER, LAUREN MORGAN, MICHAEL MCBRIDE, and KAARON WARREN as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>    Defendant. | Case No. 4:21-cv-05132-HSG<br><br>STIPULATION FOR ENTRY OF JUDGMENT |

| | |
|---|---|
| 1 | Plaintiffs MOLLY BROWN, PARSA MILLER, LAUREN MORGAN, MICHAEL |
| 2 | MCBRIDE, and KAARON WARREN ("Plaintiffs") and NATURE'S PATH FOODS, INC. |
| 3 | ("Defendant") submit this Stipulation of Dismissal under Federal Rule of Civil Procedure Rule |
| 4 | 68.  Plaintiffs and Defendant (collectively, the "Parties") hereby stipulate that judgment shall be |
| 5 | entered against Defendant for the amount of $1,000,000 to be allocated as set forth in the offer of |
| 6 | judgment, Dkt. No 121. Plaintiffs' portion of the judgment ($70,000) shall be paid within 10 |
| 7 | days of entry of judgment, and Plaintiffs' Counsel's portion ($930,000) shall be paid within 30 |
| 8 | days of entry of judgment. The Parties expressly deny any liability or wrongdoing and this stipu- |
| 9 | lation shall not be construed to be an admission of liability or wrongdoing. The Parties stipulate |
| 10 | that Plaintiffs' claims are dismissed with prejudice and without prejudice as to the claims of ab- |
| 11 | sent putative class members. |

Dated:  November 3, 2023              **GUTRIDE SAFIER LLP**

                                      /s/
                                      _____
                                      Seth A. Safier, Esq.
                                      100 Pine Street, Suite 1250
                                      San Francisco, California 94111

                                      Attorneys for Plaintiffs, MOLLY BROWN,
                                      PARSA MILLER, LAUREN MORGAN,
                                      MICHAEL MCBRIDE, and KAARON
                                      WARREN

Dated: November 3, 2023               **MORRISON & FOERSTER LLP**

                                      /s/
                                      _____
                                      Claudia Vestesi, Esq.
                                      425 Market St.
                                      San Francisco, CA 94105
                                      Attorneys for Defendant,
                                      NATURE'S PATH FOODS, INC.