1  **GUTRIDE SAFIER LLP**
   SETH A. SAFIER (State Bar No. 197427)
2  seth@gutridesafier.com
   100 Pine Street, Suite 1250
3  San Francisco, CA 94111
   Telephone: (415) 639-9090
4  Facsimile: (415) 449-6469

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MOLLY BROWN, PARSA MILLER, LAUREN MORGAN, MICHAEL MCBRIDE, and KAARON WARREN as individuals, on behalf of themselves, the general public, and those similarly situated, | Case No. 4:21-cv-05132-HSG |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. | |
| NATURE'S PATH FOODS, INC., | |
| Defendant. | |

1  Pursuant to the stipulation of the parties, under Federal Rule of Civil Procedure Rule 68, judgment is hereby entered against Defendant NATURE'S PATH FOODS, INC. in favor of Plaintiffs MOLLY BROWN, PARSA MILLER, LAUREN MORGAN, MICHAEL MCBRIDE, and KAARON WARREN. Judgment is entered against Defendant NATURE'S PATH FOODS, INC. for the amount of $1,000,000 to be allocated as set forth in the offer of judgment, Dkt. No 121. Plaintiffs' portion of the judgment ($70,000) shall be paid within 10 days of entry of judgment, and Plaintiffs' Counsel's portion ($930,000) shall be paid within 30 days of entry of judgment. This action is DISMISSED WITH PREJUDICE as to all Plaintiffs' claims, causes of action, and parties, and WITHOUT PREJUDICE as to absent putative class member claims.

The Clerk is directed to enter judgment in accordance with this Order.

DATED: 11/7/2023

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.